## BOYER AGENCY, INC. *v.* PAUL BELETSKY ET AL.
### (9301)

DALY, O'CONNELL and HEIMAN, Js.

Argued February 5—decision released February 26, 1991

*Raymond L. Baribeault, Jr.,* with whom, on the brief, was *Lloyd L. Langhammer,* for the appellant (plaintiff).

*Edward S. Domnarski, Jr.,* with whom, on the brief, was *R. Scott Patterson,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.